**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, and The Construction Industry Welfare Fund of Rockford, Illinois | ) | |
| Plaintiffs, | ) | Case No. 26 C 50030 |
| v. | ) | Judge Margaret J. Schneider |
| Xtreme Turf, Inc., | ) | |
| Defendant. | ) | |

**ORDER, REPORT AND RECOMMENDATION**

A hearing was held on July 9, 2026, on Plaintiffs' motion for a default judgment [15]. The motion and notice of hearing were served on the Defendant/registered agent on June 4, 2026, by certified mail/return receipt requested [14]. Defendant failed to appear at the hearing. The motion seeks judgment in the amount of $92,854.49 in delinquent benefit contributions, plus $3,593.70 for attorneys' fees and $484.00 in costs, for a total judgment of $96,932.19. *See* [12]. The motion includes an affidavit of a fund administrator and copies of audit reports that calculate the delinquent contributions and assessments [12-3]. The filings also include timesheets and affidavits from counsel in support of the fees and costs sought. [12-4]. According to attorney Troy E. Haggestad's affidavit, 12.10 hours were spent on investigation, preparation, and court appearances, at an hourly rate of $297.00 for a total of $3,593.70 plus $484.00 incurred in costs. *Id*. The Court has reviewed counsel's affidavit and timesheets regarding billing records and determines that the hours spent were reasonable, as are counsel's billing rates and costs. Accordingly, it is this Court's Report and Recommendation that the District Court grant the Plaintiffs' motion for a default judgment [12] and enter judgment in the amount of $96,932.19 in favor of the Plaintiffs. Any objection is due by July 28, 2026. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). The Clerk is directed to mail a copy of this Order to Defendant at the address where it was served: Xtreme Turf, Inc. c/o Capital Corporate Services, Inc., Registered Agent 1501 South Mopac Expressway, Suite 220 Austin, TX 78746.

Date: July 14, 2026

ENTER:

Margaret J. Schneider

United States Magistrate Judge