**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Construction Industry Retirement Fund of | ) | |
| Rockford, Illinois and Construction Industry | ) | |
| Welfare Fund of Rockford, Illinois | ) | |
| Plaintiffs, | ) | |
| | ) | No. 26 CV 50030 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Xtreme Turf Inc. | ) | |
| Defendant. | ) | |

**ORDER**

On 7/14/2024 Judge Schneider entered a Report and Recommendation [16] that the plaintiff's motion for a default judgment [12] be granted. Defendant Xtreme Turf Inc. had 14 days to object, but to date has not done so. According to the docket, an order of default entered against the defendant on 4/20/2026 based upon the failure to answer or appear after its registered agent was personally served on 1/28/2026. Dkt. 8. According to the Report and Recommendation, the defendant was then served with a copy of the plaintiffs' motion for a default judgment on 6/4/2026, but it failed to appear at the hearing. Dkt. 16. Based on the defendant's failure to appear after being served, and in the absence of any objection, the Court accepts Judge Schneider's Report and Recommendation [16], grants the motion for a default judgment [12], and enters judgment in the total amount of $96,932.19 in favor of the plaintiffs, which consists of $92,854.49 in delinquent benefit contributions, $3,593.70 is attorneys' fees, and $484.00 in costs. A Rule 58 judgment will issue separately. Civil case terminated.

Date: August 4, 2026          By:_____
                                        Iain D. Johnston
                                        United States District Judge